No. 820. U. S. A. C. Transport, Inc., also doing business as U. S. Airplane Transport, Inc., *v.* United States. C. A. 10th Cir. Certiorari denied. *J. Ninian Beall* for petitioner. *Acting Solicitor General Stern* and *Daniel M. Friedman* for the United States.

No. 821. United States ex rel. Beck *v.* Neelly, District Director, Immigration and Naturalization Service. C. A. 7th Cir. Certiorari denied. *Albert W. Dilling* and *Kirkpatrick W. Dilling* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 825. Reilly *v.* Chicago & North Western Railway Co. et al. C. A. 7th Cir. Certiorari denied. *Edward J. Bradley* for petitioner. *Otis Lowell Hastings* and *Drennan J. Slater* for the Chicago & North Western Railway Co.; and *Louis Johnson* and *Stephen Ailes* for the Baltimore & Ohio Chicago Terminal Railroad Company, respondents.

No. 826. Great Western Food Distributors, Inc. et al. *v.* Benson (Successor to Brannan), Secretary of Agriculture, et al. C. A. 7th Cir. Certiorari denied. *George L. Siegel* and *Bernard Tomson* for petitioners. *Acting Solicitor General Stern, Ralph S. Spritzer, Karl D. Loos* and *Neil Brooks* for respondents.

No. 843. Krause et al. *v.* Bucher. C. A. 7th Cir. Certiorari denied. *John J. Mortimer, L. Louis Karton* and *Arthur Magid* for petitioners. *Andrew J. Dallstream* for respondent.